AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| | Return | |
|---|---|---|
| Case No.: PP24037170 | Date and time warrant executed: 04/12/2024 0110 | Copy of warrant and inventory left with: |
| Inventory made in the presence of: OFC Akin, Kyle | | |
| Inventory of the property taken and name(s) of any person(s) seized: 2 Vials of blood taken from Aderibigbe, Olukunle Emmanuel at 0110 hours on 04/12/2024 | | ✓ FILED ___ ENTERED ___ LOGGED ___ RECEIVED  3:13 pm, Apr 18 2024  AT GREENBELT CLERK, U.S. DISTRICT COURT DISTRICT OF MARYLAND BY _____ Deputy |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  04/12/2024

*Executing officer's signature*

OFC Kyle Akin
*Printed name and title*